IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| NORTH AVENUE CAPITAL, LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>APPOGEE KAZMIRA, LLC,<br><br>    Defendant. | CIVIL ACTION NO. **1:21-cv-1570** |

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT
FOR PLAINTIFF, NORTH AVENUE CAPITAL, LLC**

Pursuant to Fed. R. Civ. P. 7.1(a) and D.C.COLO.LCivR 7.4 Plaintiff North Avenue Capital, LLC, through its undersigned attorneys, represents that it does not have a parent company and is not owned by a publicly held corporation.

Date:  June 10, 2021

Respectfully submitted,

**BROWN FOX, PLLC**

By: _/s/ Brandi J. McKay_
**BRANDI J. MCKAY**
Texas State Bar No. 24075380
brandi@brownfoxlaw.com
**DAVID S. DENTON**
Texas State Bar No. 24036471
david@brownfoxlaw.com
5550 Granite Pkwy, Suite 175
Plano, Texas 75024
972.707.1860 Tel
214.327.5001 Fax

*Attorneys for Plaintiff*